U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

AUG 20 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KENDALL J. MILTON<br>LA. DOC #505136<br>VS. | CIVIL ACTION NO. 6:15-cv-0547<br>SECTION P<br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN BURL CAIN | MAGISTRATE C. MICHAEL HILL |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 19½ day of August, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE